Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−24892−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juliette Marshall−Curry
   9 Bayleaf Drive
   Lumberton, NJ 08048−4228

Social Security No.:
   xxx−xx−9275

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           10/11/16
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 8, 2016
JJW: seg

                                        James J. Waldron
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Juliette Marshall-Curry  
    Debtor

Case No. 16-24892-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Sep 08, 2016  
                      Form ID: 132    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.

```
db           Juliette Marshall-Curry,    9 Bayleaf Drive,    Lumberton, NJ  08048-4228
516381097    AES/JP MORGANCHASE,    PO Box 61047,    Harrisburg, PA  17106-1047
516381086   +AES/JP Morgan Chase,    PO Box 6107,    Harrisburg, PA  17112
516381087  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998)
516381099    Cancer Center of America,    120 W Adams St,    Chicago, IL  60603-4104
516381088    Cancer Center of America,    20 W Adams Street,    Chicago, IL 60603-4104
516381089   +Capital One,    PO Box 30281,    Salt Lake City, UT  84130-0281
516381102   +Country Estates Townhouse Association,    710 East Main Street, Ste 2B,
             c/o Law Office Of Dennis P McInerney LLC,    Moorestown, NJ 08057-3066
516381101    Country Estates Townhouse Association,    c/o Law Office Of Dennis P McInerney LLC,
             710 E Main St Ste 2B,    Moorestown, NJ  08057-3066
516381090   +Country Estates Townhouse Association,    c/o Law Offices of Dennis P McInerney, L,
             710 E Main Street, Ste 2B,    Moorestown, NJ 08057-3066
516381103    HESA,    PO Box 528,    Newark, NJ  07101-0528
516381091    HESAA,    PO Box 528,    Newark, NJ 07101-0528
516321173    M&T BANK,    c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
             Woodbury, NJ  08096-4610
516381096    M&T Bank,    c/o Romano Garubo & Argentieri,    52 Newton Avenue,    Woodbury, NJ 08096-4610
516381106    MEDICAL S JERSEY EMERGENCY,    PO Box 64378,    Saint Paul, MN  55164-0378
516381092    Medical S Jersey Emergency,    PO Box 64378,    St. Paul, MN 55164-0378
516381093    Memorial Sloan Kettering Hospital,    1275 New York Avenue,    New York City, NY 10065
516381094   +Mohela,    14528 S Outer 40 Rd,    Chesterfield, MO 63017-5785
516381095   +The CBE Group, Inc.,    PO Box 480,    Waterloo, IA 50704-0480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2016 23:08:52      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2016 23:08:50      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516367720    E-mail/Text: camanagement@mtb.com Sep 08 2016 23:08:42      M&T Bank,    P.O. Box 840,
             Buffalo, NY 14240-0840
                                                                                                TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516381098*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank Of America,    PO Box 982235,    El Paso, TX 79998)
516381100*  +Capital One,    PO Box 30281,    Salt Lake City, UT  84130-0281
516381104*   HESAA,    PO Box 528,    Newark, NJ  07101-0528
516381105*   M&T BANK,    c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
             Woodbury, NJ  08096-4610
516381108*   MOHELA,    14528 S Outer 40 Rd,    Chesterfield, MO  63017-5785
516381107*   Memorial Sloan Kettering Hospital,    1275 New York Ave,    New York City, NY  10065
516381109*   THE CBE GROUP, INC,    PO Box 480,    Waterloo, IA  50704-0480
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                            Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Sep 08, 2016
                              Form ID: 132               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Juliette  Marshall-Curry dcgoins@yahoo.com,
               G25787@notify.cincompass.com
                                                                                             TOTAL: 3
```