Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:　　　　　　　　　　　　　　　　　　　　　　　Case No.: __16-24892__

Juliette Marshall-Curry　　　　　　　　　　　　　　　Judge: __MBK__

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: __13__

　　　　　　　Debtor(s)

## Chapter 13 Plan and Motions

☒　Original　　　　　☐　Modified/Notice Required　　　　　☒　Discharge Sought

☐　Motions Included　☐　Modified/No Notice Required　　　☐　No Discharge Sought

Date: __09/07/2016__

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

**Part 1:　Payment and Length of Plan**

a.　The debtor shall pay $ __325__ per __Month__ to the Chapter 13 Trustee, starting on __09/01/2016__ for approximately __see 1e__ months.

b.　The debtor shall make plan payments to the Trustee from the following sources:

　　☒　Future earnings

　　☐　Other sources of funding (describe source, amount and date when funds are available):

　　Debtor Seeking Mortgage Modification

1

    c. Use of real property to satisfy plan obligations:

       ☐ Sale of real property
       Description:

       Proposed date for completion: _____

       ☐ Refinance of real property:
       Description:
       Proposed date for completion: _____

       ☒ Loan modification with respect to mortgage encumbering property:
       Description: Townhouse 9 Bayleaf Drive, Lumberton, NJ 08048-4228
       Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☒ Other information that may be important relating to the payment and length of plan:
    Trustee Payment of $325 per month for 12 months pending Modification Approval; To Tier Remaining 48 Months at $1000 per Month beginning September 1, 2017, if no Modification Approval.

### Part 2: Adequate Protection

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Donald C. Goins, Esq.<br>323 Washington Avenue<br>Elizabeth, NJ 07202 | Attorney Fees | $2000 |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M & T Bank c/o Romano Garubo & Argentieri 52 Newton Ave Woodbury, NJ 08096 | Mortgage | $54,202.50 | -0- | $54,202.50 | $1613 |
| Country Estates Townhouse c/o Dennis P McInerney, Esq. 710 E Main St, Moorestown, NJ 08057 | Homeowner Association Fees | $1300 | -0- | $1300 | $55 |

### b. Modification

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

3

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

### e. Secured Claims to be Paid in Full Through the Plan:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

| Part 7: | Motions |
|---|---|

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Secured Claims
3) Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

6

**Part 10:  Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 09/07/2016

/s/ Donald C. Goins, Esq.
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 09/07/2016

/s/ Juliette Marshall-Curry
Debtor

Date:

Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 16-24892-MBK
Juliette Marshall-Curry                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 08, 2016
                              Form ID: pdf901          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db              Juliette Marshall-Curry,    9 Bayleaf Drive,    Lumberton, NJ  08048-4228
516381097       AES/JP MORGANCHASE,    PO Box 61047,    Harrisburg, PA  17106-1047
516381086      +AES/JP Morgan Chase,    PO Box 6107,    Harrisburg, PA 17112
516381087     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998)
516381099       Cancer Center of America,    120 W Adams St,    Chicago, IL  60603-4104
516381088       Cancer Center of America,    20 W Adams Street,    Chicago, IL 60603-4104
516381089      +Capital One,    PO Box 30281,    Salt Lake City, UT  84130-0281
516381102      +Country Estates Townhouse Association,    710 East Main Street, Ste 2B,
                 c/o Law Office Of Dennis P McInerney LLC,    Moorestown, NJ 08057-3066
516381101       Country Estates Townhouse Association,    c/o Law Office Of Dennis P McInerney LLC,
                 710 E Main St Ste 2B,    Moorestown, NJ  08057-3066
516381090      +Country Estates Townhouse Association,    c/o Law Offices of Dennis P McInerney, L,
                 710 E Main Street, Ste 2B,    Moorestown, NJ 08057-3066
516381103       HESA,    PO Box 528,    Newark, NJ  07101-0528
516381091       HESAA,    PO Box 528,    Newark, NJ 07101-0528
516321173       M&T BANK,    c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
                 Woodbury, NJ  08096-4610
516381096       M&T Bank,    c/o Romano Garubo & Argentieri,    52 Newton Avenue,    Woodbury, NJ 08096-4610
516381106       MEDICAL S JERSEY EMERGENCY,    PO Box 64378,    Saint Paul, MN  55164-0378
516381092       Medical S Jersey Emergency,    PO Box 64378,    St. Paul, MN 55164-0378
516381093       Memorial Sloan Kettering Hospital,    1275 New York Avenue,    New York City, NY 10065
516381094      +Mohela,    14528 S Outer 40 Rd,    Chesterfield, MO 63017-5785
516381095      +The CBE Group, Inc.,    PO Box 480,    Waterloo, IA 50704-0480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2016 23:08:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2016 23:08:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ  07102-5235
516367720       E-mail/Text: camanagement@mtb.com Sep 08 2016 23:08:42      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516381098*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    PO Box 982235,    El Paso, TX  79998)
516381100*     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516381104*      HESAA,    PO Box 528,    Newark, NJ  07101-0528
516381105*      M&T BANK,    c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
                 Woodbury, NJ  08096-4610
516381108*      MOHELA,    14528 S Outer 40 Rd,    Chesterfield, MO  63017-5785
516381107*      Memorial Sloan Kettering Hospital,    1275 New York Ave,    New York City, NY  10065
516381109*      THE CBE GROUP, INC,    PO Box 480,    Waterloo, IA  50704-0480
                                                                                 TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 08, 2016
                              Form ID: pdf901          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins     on behalf of Debtor Juliette  Marshall-Curry dcgoins@yahoo.com,
               G25787@notify.cincompass.com
                                                                                           TOTAL: 3
```