Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−24892−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juliette Marshall−Curry
   9 Bayleaf Drive
   Lumberton, NJ 08048−4228

Social Security No.:
   xxx−xx−9275

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on September 7, 2016 and a confirmation hearing on such Plan has been scheduled for October 25, 2016.

The debtor filed a Modified Plan on October 24, 2016 and a confirmation hearing on the Modified Plan is scheduled for December 13, 2016 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 26, 2016
JJW: wdr

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-24892-MBK
Juliette Marshall-Curry                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 26, 2016
                              Form ID: 186             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db            Juliette Marshall-Curry,   9 Bayleaf Drive,    Lumberton, NJ   08048-4228
cr           +Country Estates Townhouse Ass'n,    Thomas J. Orr,    321 High St.,    Burlington, NJ 08016-4411
516381097     AES/JP MORGANCHASE,   PO Box 61047,    Harrisburg, PA   17106-1047
516381086    +AES/JP Morgan Chase,    PO Box 6107,   Harrisburg, PA 17112
516381087   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998)
516381099     Cancer Center of America,    120 W Adams St,    Chicago, IL   60603-4104
516381088     Cancer Center of America,    20 W Adams Street,    Chicago, IL 60603-4104
516381089    +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
516381102    +Country Estates Townhouse Association,    710 East Main Street, Ste 2B,
               c/o Law Office Of Dennis P McInerney LLC,    Moorestown, NJ 08057-3066
516381101     Country Estates Townhouse Association,    c/o Law Office Of Dennis P McInerney LLC,
               710 E Main St Ste 2B,    Moorestown, NJ   08057-3066
516381090    +Country Estates Townhouse Association,    c/o Law Offices of Dennis P McInerney, L,
               710 E Main Street, Ste 2B,    Moorestown, NJ 08057-3066
516381103     HESA,   PO Box 528,    Newark, NJ   07101-0528
516381091     HESAA,   PO Box 528,    Newark, NJ   07101-0528
516402114    +HESAA,   PO Box 548,    Trenton, NJ 08625-0548
516321173     M&T BANK,   c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
               Woodbury, NJ   08096-4610
516381096     M&T Bank,   c/o Romano Garubo & Argentieri,    52 Newton Avenue,    Woodbury, NJ 08096-4610
516381106     MEDICAL S JERSEY EMERGENCY,    PO Box 64378,    Saint Paul, MN   55164-0378
516381092     Medical S Jersey Emergency,    PO Box 64378,    St. Paul, MN 55164-0378
516381093     Memorial Sloan Kettering Hospital,    1275 New York Avenue,    New York City, NY 10065
516381094    +Mohela,   14528 S Outer 40 Rd,    Chesterfield, MO 63017-5785
516381095    +The CBE Group, Inc.,    PO Box 480,   Waterloo, IA 50704-0480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2016 23:06:58      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2016 23:06:56      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516367720     E-mail/Text: camanagement@mtb.com Oct 26 2016 23:06:41      M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516381098*   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank Of America,    PO Box 982235,    El Paso, TX  79998)
516381100*   +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
516381104*    HESAA,   PO Box 528,    Newark, NJ   07101-0528
516381105*    M&T BANK,   c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
               Woodbury, NJ   08096-4610
516381108*    MOHELA,   14528 S Outer 40 Rd,    Chesterfield, MO  63017-5785
516381107*    Memorial Sloan Kettering Hospital,    1275 New York Ave,   New York City, NY  10065
516381109*    THE CBE GROUP, INC,    PO Box 480,   Waterloo, IA  50704-0480
                                                                                       TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 26, 2016
                              Form ID: 186             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Juliette  Marshall-Curry dcgoins@yahoo.com,
               G25787@notify.cincompass.com
              Thomas J Orr    on behalf of Creditor    Country Estates Townshouse Ass'n tom@torrlaw.com,
               xerna@aol.com
                                                                                         TOTAL: 4
```