# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–24892–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juliette Marshall–Curry
   9 Bayleaf Drive
   Lumberton, NJ 08048–4228

Social Security No.:
   xxx–xx–9275

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on September 7, 2016 and a confirmation hearing on such Plan has been scheduled for February 14, 2017.

The debtor filed a Modified Plan on February 13, 2017 and a confirmation hearing on the Modified Plan is scheduled for March 14, 2017 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 15, 2017
JAN: wdr

                                            Jeanne Naughton
                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 16-24892-MBK
Juliette Marshall-Curry                                         Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2           Date Rcvd: Feb 15, 2017
                              Form ID: 186               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
db             Juliette Marshall-Curry,    9 Bayleaf Drive,    Lumberton, NJ 08048-4228
cr            +Country Estates Townhouse Ass'n,    Thomas J. Orr,    321 High St.,    Burlington, NJ 08016-4411
516381097      AES/JP MORGANCHASE,    PO Box 61047,    Harrisburg, PA 17106-1047
516381086     +AES/JP Morgan Chase,    PO Box 6107,    Harrisburg, PA 17112
516381087    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
516381099      Cancer Center of America,    120 W Adams St,    Chicago, IL 60603-4104
516381088      Cancer Center of America,    20 W Adams Street,    Chicago, IL 60603-4104
516381089     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516381102     +Country Estates Townhouse Association,    710 East Main Street, Ste 2B,
                c/o Law Office Of Dennis P McInerney LLC,    Moorestown, NJ 08057-3066
516381101      Country Estates Townhouse Association,    c/o Law Office Of Dennis P McInerney LLC,
                710 E Main St Ste 2B,    Moorestown, NJ 08057-3066
516381090     +Country Estates Townhouse Association,    c/o Law Offices of Dennis P McInerney, L,
                710 E Main Street, Ste 2B,    Moorestown, NJ 08057-3066
516492393     +Emerg Phys Svcs of Nj P.A.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
516381103      HESA,    PO Box 528,    Newark, NJ 07101-0528
516381091      HESAA,    PO Box 528,    Newark, NJ 07101-0528
516402114     +HESAA,    PO Box 548,    Trenton, NJ 08625-0548
516321173      M&T BANK,    c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
                Woodbury, NJ 08096-4610
516381096      M&T Bank,    c/o Romano Garubo & Argentieri,    52 Newton Avenue,    Woodbury, NJ 08096-4610
516381106      MEDICAL S JERSEY EMERGENCY,    PO Box 64378,    Saint Paul, MN 55164-0378
516381092      Medical S Jersey Emergency,    PO Box 64378,    St. Paul, MN 55164-0378
516381093      Memorial Sloan Kettering Hospital,    1275 New York Avenue,    New York City, NY 10065
516381094     +Mohela,    14528 S Outer 40 Rd,    Chesterfield, MO 63017-5785
516381095     +The CBE Group, Inc.,    PO Box 480,    Waterloo, IA 50704-0480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2017 23:57:34     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2017 23:57:32     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516367720      E-mail/Text: camanagement@mtb.com Feb 15 2017 23:57:15     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
516518972      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2017 00:01:05
                Portfolio Recovery Associates, LLC,    C/O capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516381098*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    PO Box 982235,    El Paso, TX 79998)
516381100*    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516381104*     HESAA,    PO Box 528,    Newark, NJ 07101-0528
516381105*     M&T BANK,    c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
                Woodbury, NJ 08096-4610
516381108*     MOHELA,    14528 S Outer 40 Rd,    Chesterfield, MO 63017-5785
516381107*     Memorial Sloan Kettering Hospital,    1275 New York Ave,    New York City, NY 10065
516381109*     THE CBE GROUP, INC,    PO Box 480,    Waterloo, IA 50704-0480
                                                                                TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Feb 15, 2017
                              Form ID: 186               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Juliette   Marshall-Curry dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Thomas J Orr    on behalf of Creditor    Country Estates Townshouse Ass'n tom@torrlaw.com,
           xerna@aol.com
                                                                                              TOTAL: 5
```