UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Juliette Marshall-Curry

Case No.: 16-24892

Chapter: 13

Judge: MBK

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Juliette Marshall-Curry

This will confirm that on February 13, 2017 the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) A/B, C,I,J ,
- ☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☐ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: February 16, 2017                        Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-24892-MBK
Juliette Marshall-Curry                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin            Page 1 of 1            Date Rcvd: Feb 16, 2017
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.
db          Juliette Marshall-Curry,    9 Bayleaf Drive,    Lumberton, NJ   08048-4228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Donald C. Goins    on behalf of Debtor Juliette  Marshall-Curry dcgoins1@gmail.com,
       G25787@notify.cincompass.com
      Thomas J Orr    on behalf of Creditor   Country Estates Townshouse Ass'n tom@torrlaw.com,
       xerna@aol.com
                                                                                                                                                                                                                                                                                                  TOTAL: 5