Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16–24892–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juliette Marshall–Curry
   9 Bayleaf Drive
   Lumberton, NJ 08048–4228

Social Security No.:
   xxx–xx–9275

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        7/11/17
Time:        10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 12, 2017
JAN: kmf

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                      Case No. 16-24892-MBK
Juliette Marshall-Curry                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2           Date Rcvd: May 12, 2017
                              Form ID: 132          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db             Juliette Marshall-Curry,    9 Bayleaf Drive,    Lumberton, NJ 08048-4228
cr            +Country Estates Townhouse Ass'n,    Thomas J. Orr,    321 High St.,    Burlington, NJ 08016-4411
516381097      AES/JP MORGANCHASE,    PO Box 61047,    Harrisburg, PA 17106-1047
516381086     +AES/JP Morgan Chase,    PO Box 6107,    Harrisburg, PA 17112
516381087    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
516381099      Cancer Center of America,    120 W Adams St,    Chicago, IL 60603-4104
516381088      Cancer Center of America,    20 W Adams Street,    Chicago, IL 60603-4104
516381089     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516381102     +Country Estates Townhouse Association,    710 East Main Street, Ste 2B,
               c/o Law Office Of Dennis P McInerney LLC,    Moorestown, NJ 08057-3066
516381101      Country Estates Townhouse Association,    c/o Law Office Of Dennis P McInerney LLC,
               710 E Main St Ste 2B,    Moorestown, NJ 08057-3066
516381090     +Country Estates Townhouse Association,    c/o Law Offices of Dennis P McInerney, L,
               710 E Main Street, Ste 2B,    Moorestown, NJ 08057-3066
516492393     +Emerg Phys Svcs of Nj P.A.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
516381103      HESA,    PO Box 528,    Newark, NJ 07101-0528
516381091      HESAA,    PO Box 528,    Newark, NJ 07101-0528
516402114     +HESAA,    PO Box 548,    Trenton, NJ 08625-0548
516321173      M&T BANK,    c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
               Woodbury, NJ 08096-4610
516381096      M&T Bank,    c/o Romano Garubo & Argentieri,    52 Newton Avenue,    Woodbury, NJ 08096-4610
516381106      MEDICAL S JERSEY EMERGENCY,    PO Box 64378,    Saint Paul, MN 55164-0378
516381092      Medical S Jersey Emergency,    PO Box 64378,    St. Paul, MN 55164-0378
516381093      Memorial Sloan Kettering Hospital,    1275 New York Avenue,    New York City, NY 10065
516381094     +Mohela,    14528 S Outer 40 Rd,    Chesterfield, MO 63017-5785
516381095     +The CBE Group, Inc.,    PO Box 480,    Waterloo, IA 50704-0480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 12 2017 22:13:06     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 12 2017 22:13:03     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516367720      E-mail/Text: camanagement@mtb.com May 12 2017 22:12:58     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
516518972      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2017 22:22:27
               Portfolio Recovery Associates, LLC,    C/O capital One Bank (usa), N.a.,    POB 41067,
               Norfolk VA 23541
                                                                                              TOTAL: 4
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516381098*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     PO Box 982235,    El Paso, TX 79998)
516381100*    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516381104*     HESAA,    PO Box 528,    Newark, NJ 07101-0528
516381105*     M&T BANK,    c/o Romano Garubo & Argentieri Counselor,    52 Newton Ave,
               Woodbury, NJ 08096-4610
516381108*     MOHELA,    14528 S Outer 40 Rd,    Chesterfield, MO 63017-5785
516381107*     Memorial Sloan Kettering Hospital,    1275 New York Ave,    New York City, NY 10065
516381109*     THE CBE GROUP, INC,    PO Box 480,    Waterloo, IA 50704-0480
                                                                                TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 12, 2017
                              Form ID: 132             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Juliette   Marshall-Curry dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Thomas J Orr   on behalf of Creditor    Country Estates Townshouse Ass'n tom@torrlaw.com,
               xerna@aol.com
                                                                                         TOTAL: 5
```