UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Juliette Marshall-Curry

| | |
|---|---|
| Case Number: | 16-24892 |
| Hearing Date: | 5/9/2017 |
| Judge: | KAPLAN |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

**ORDER REINSTATING CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 12, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____Donald C. Goins_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

**CONFIRMATION HEARING SCHEDULED FOR 7/11/2017 at 10:00 a.m., TRENTON, COURTROOM #8**

*new.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-24892-MBK
Juliette Marshall-Curry                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: May 12, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db              Juliette Marshall-Curry,    9 Bayleaf Drive,    Lumberton, NJ   08048-4228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Juliette   Marshall-Curry dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Thomas J Orr    on behalf of Creditor    Country Estates Townhouse Ass'n tom@torrlaw.com,
           xerna@aol.com
                                                                                             TOTAL: 5